UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| PAUL B. DAVIS, | Case No. 21-cv-03663-ENV-VMS |
| --- | --- |
| Plaintiff, | |
| v. | Notice of Appearance |
| CORY ARCANGEL, and DOES 1-10, | |
| Defendants. | |

PLEASE TAKE NOTICE, that the undesigned counsel will appear as counsel for plaintiff Paul B. Davis and all papers in this action should be served upon the undersigned at the office or post office address stated below.

MAZZOLA LINDSTROM LLP

Laura D. Castner
1999 Avenue of the Stars, Suite 1100
Los Angeles, CA  90067
P:  310.694.8585
Laura@mazzolalindstrom.com

*Attorneys for Plaintiff Paul B. Davis*

To: All counsel of record

1